Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Achyut J. Phadke (SBN 261567)
(phadkea@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>                         Plaintiff,<br><br>        v.<br><br>STATOIL ASA,<br><br>                         Defendant. | Case No. 10-3623 (SBA)<br><br>**JOINT STIPULATION AND ORDER CONCERNING STATOIL ASA'S ADMINISTRATIVE MOTION**<br><br>**[SPECIALLY APPEARING DEFENDANT STATOIL ASA'S ADMINISTRATIVE MOTION AND DECLARATION OF LAURA KABLER OSWELL FILED CONCURRENTLY HEREWITH]**<br><br>Judge:  The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

1    WHEREAS, on February 22, 2011, Plaintiff Mitra N. Forouhar filed Plaintiff's
2 Objections to Defendant Statoil's Reply Declarations (Dkt. 62) ("Objections") and the Supplemental
3 Declaration of Jon F. Claudi in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss and
4 Plaintiff's Objections to Defendant's Reply Declarations (Dkt. 64) ("Supplemental Claudi Declaration")
5 in connection with briefing on Specially Appearing Defendant Statoil ASA's ("Statoil's") Motion to
6 Dismiss the Complaint (Dkt. 16);

7    WHEREAS, on March 9, 2011, Statoil filed an Administrative Motion Requesting Leave
8 to File its Response to Plaintiff's Objections to Reply Declarations ("Administrative Motion") pursuant
9 to Local Rule 7-11 that requested the Court to permit Statoil to file a response to the Objections and
10 Supplemental Claudi Declaration, and filed a copy of its Response to Plaintiff's Objections to Reply
11 Declarations ("Response") as Exhibit A to the Declaration of Laura Kabler Oswell;

12    WHEREAS, without waiving any rights with respect to the Objections or the
13 Supplemental Claudi Declaration, Plaintiff Mitra Forouhar does not oppose Statoil's Administrative
14 Motion;

15    WHEREAS Plaintiff Mitra Forouhar contends that she should be allowed to file the
16 Supplemental Claudi Declaration in response to matters raised in Statoil's reply papers and intends to
17 file an administrative motion requesting leave to file the Supplemental Claudi Declaration;

18    WHEREAS, having already addressed the propriety of the filing of the Supplemental
19 Claudi Declaration in its Response, Statoil does not intend to file any further opposition to the filing of
20 the Supplemental Claudi Declaration;

21    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
22 through their undersigned counsel, as follows:

23    1.    Statoil may file its Response.
24    IT IS SO STIPULATED.

| | |
|---|---|
| DATED: March 9, 2011 | SCHONBRUN DESIMONE SEPLOW HARRIS HOFFMAN & HARRISON, LLP PAUL L. HOFFMAN MICHAEL D. SEPLOW |
| | /s/ Michael D. Seplow |
| | Michael D. Seplow |
| | 723 Ocean Front Walk Venice, California 90291 Telephone:   (310) 396-0731 Facsimile:    (310) 399-7040 |
| | Attorneys for Plaintiff |
| DATED: March 9, 2011 | SULLIVAN & CROMWELL LLP BRENDAN P. CULLEN LAURA KABLER OSWELL ACHYUT J. PHADKE |
| | /s/ Brendan P. Cullen |
| | Brendan P. Cullen |
| | 1870 Embarcadero Road Palo Alto, California 94303 Telephone:   (650) 461-5600 Facsimile:    (650) 461-5700 |
| | Attorneys for Specially Appearing Defendant Statoil ASA |

I, Brendan P. Cullen, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Concerning Statoil ASA's Administrative Motion. In compliance with General Order No. 45, X.B., I hereby attest that Michael D. Seplow has concurred in this filing.

/s/Brendan P. Cullen
Brendan P. Cullen

**ORDER**

THE FOREGOING STIPULATION IS APPROVED. NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. Statoil's Administrative Motion is GRANTED;
2. Statoil's Response is FILED with the Court.

IT IS SO ORDERED.

Dated: _3/15/11_____     _____
                                              THE HONORABLE SAUNDRA B. ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE