UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITRA FOROUHAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATOIL, ASA,<br><br>　　　　Defendant. | Case No: C 10-3623 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On February 1, 2011, Plaintiff filed a motion for jurisdictional discovery. Dkt. 46. On February 22, 2011, the Court referred this matter to the Chief Magistrate Judge or her designee for determination. This matter was subsequently assigned to Magistrate Judge Nandor J. Vadas, who issued an Order on March 7, 2011 granting Plaintiff's motion for jurisdictional discovery. Dkt. 65. Subsequently, Defendant filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Granting Jurisdictional Discovery ("Motion for Relief"). Accordingly,

IT IS HEREBY ORDERED THAT any opposition to Defendant's Motion for Relief, not to exceed five (5) pages, shall be filed by April 8, 2011. Any reply, not to exceed three (3) pages, shall be filed by April 15, 2011. This matter will be deemed submitted upon the deadline for the filing of a reply.

IT IS SO ORDERED.

Dated: March _28, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge