Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Achyut J. Phadke (SBN 261567)
(phadkea@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>    Plaintiff,<br><br>  v.<br><br>STATOIL ASA,<br><br>    Defendant. | Case No. 10-3623 (SBA)<br><br>**[~~PROPOSED~~] ORDER CONTINUING JURISDICTIONAL DISCOVERY AND BRIEFING DEADLINES**<br><br>Judge: The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

1  ~~The parties' Joint Stipulation Continuing Discovery and Briefing Deadlines IS~~
2  ~~APPROVED AND IS SO ORDERED.~~
3
4  ~~Dated: _____~~
   ~~THE HONORABLE SAUNDRA B. ARMSTRONG~~
5  ~~UNITED STATES DISTRICT JUDGE~~
6  Respectfully submitted,
7  */s/Brendan P. Cullen*
   Brendan P. Cullen (SBN 194057)
8  Laura Kabler Oswell (SBN 241281)
   Achyut P. Phadke (SBN 261567)
9  Sullivan & Cromwell LLP
   1870 Embarcadero Road
10 Palo Alto, California 94303
   Telephone:   (650) 461-5600
11 Facsimile:   (650) 461-5700

12 *Attorneys for Specially Appearing*
   *Defendant STATOIL ASA*
13

14 */s/Michael D. Seplow*
   Paul L. Hoffman (SBN 071244)
15 Michael D. Seplow (SBN 150183)
   Schonbrun DeSimone Seplow Harris
16 Hoffman & Harrison LLP
   723 Ocean Front Walk
17 Venice, California 90291
   Telephone:   (310) 396-0731
18 Facsimile:   (310) 399-7040

19 *Attorneys for Plaintiff*

20
21
22
23
24
25
26
27
28

SULLIVAN & CROMWELL LLP

- 1 -
[PROPOSED] ORDER CONTINUING JURISDICTIONAL DISCOVERY AND BRIEFING DEADLINES
CASE NO. 10-3623

**ORDER**

The parties' Joint Stipulation Continuing Discovery and Briefing Deadlines IS APPROVED AND IS SO ORDERED.  Within five (5) court days of the completion of mediation scheduled for January 5, 2012, the parties will jointly inform the Court in writing that mediation has been completed and, in the event that the mediation has not resulted in a settlement, the parties will propose a revised schedule for jurisdictional discovery and briefing on Statoil's motion to dismiss.

IT IS SO ORDERED.

Dated:  November 14, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge