UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAUR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATOIL ASA,<br><br>　　　　Defendant. | Case No:  C 10-3623 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT the parties' joint request to continue the Case Management Conference is GRANTED.  The Case Management Conference scheduled for February 1, 2012 is CONTINUED to **April 18, 2012 at 2:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　IT IS SO ORDERED.

Dated:  February 1, 2012

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge