Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Achyut J. Phadke (SBN 261567)
(phadkea@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

MITRA N. FOROUHAR,

    Plaintiff,

v.

STATOIL ASA,

    Defendant.

Case No. 10-3623 (SBA)

**ORDER CONTINUING DEADLINES**

Judge:  The Hon. Saundra B. Armstrong
Courtroom: 1

The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED AND IS SO ORDERED. All briefing, discovery, and case management deadlines in this case are continued. If the parties have not executed a settlement agreement and requested dismissal of this action within 60 days, the parties are instructed to jointly inform the Court at that time as to the current status of settlement negotiations.

Dated: _3/15/12_____

*/signature/*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Achyut P. Phadke (SBN 261567)
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Specially Appearing Defendant Statoil ASA*

*/s/ Michael D. Seplow*
Paul L. Hoffman (SBN 071244)
Michael D. Seplow (SBN 150183)
Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP
723 Ocean Front Walk
Venice, California  90291
Telephone:   (310) 396-0731
Facsimile:    (310) 399-7040

*Attorneys for Plaintiff*

1   I, Brendan P. Cullen, am the ECF user whose ID and password are being used to file this
2 [Proposed] Order Continuing Deadlines Pending Negotiation of Settlement Agreement. In compliance
3 with General Order No. 45, X.B., I hereby attest that Michael D. Seplow has concurred in this filing.

*/s/ Brendan P. Cullen*
Brendan P. Cullen