Michael D. Seplow, SBN 150183
Paul Hoffman, SBN 071244
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Attorneys for Plaintiff Mitra N. Forouhar

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Achyut J. Phadke (SBN 261567)
(phadkea@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700
Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>        Plaintiff,<br><br>    v.<br><br>STATOIL ASA,<br><br>        Defendant. | Case No. 10-3623 (SBA)<br><br>**ORDER CONTINUING DEADLINES**<br><br>Judge: The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

1  The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED
2  AND IS SO ORDERED.  All briefing, discovery, and case management deadlines in this case, including
3  the Case Management Conference set for May 23, 2012, are continued.  If the parties have not executed
4  a settlement agreement and requested dismissal of this action by June 30, 2012, the parties are instructed
5  to jointly inform the Court at that time as to the current status of settlement negotiations.

7  Dated:
8  _5/17/12_____    THE HONORABLE SAUNDRA B. ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE

11 Respectfully submitted,

12 */s/ Brendan P. Cullen*
13 Brendan P. Cullen (SBN 194057)
   Laura Kabler Oswell (SBN 241281)
14 Achyut P. Phadke (SBN 261567)
   Sullivan & Cromwell LLP
15 1870 Embarcadero Road
   Palo Alto, California 94303
16 Telephone:    (650) 461-5600
   Facsimile:    (650) 461-5700
17
   *Attorneys for Specially Appearing*
18 *Defendant Statoil ASA*

19
    */s/ Michael D. Seplow*
20 Paul L. Hoffman (SBN 071244)
   Michael D. Seplow (SBN 150183)
21 Schonbrun DeSimone Seplow Harris
   Hoffman & Harrison LLP
22 723 Ocean Front Walk
   Venice, California  90291
23 Telephone:    (310) 396-0731
   Facsimile:    (310) 399-7040
24
   *Attorneys for Plaintiff*

- 1 -

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623

1    I, Michael D. Seplow, am the ECF user whose ID and password are being used to file this
2    [Proposed] Order Continuing Deadlines Pending Negotiation of Settlement Agreement.  In compliance
3    with General Order No. 45, X.B., I hereby attest that Brendan P. Cullen has concurred in this filing.

*/s/ Michael D. Seplow*
Michael D. Seplow