Michael D. Seplow, SBN 150183
Paul Hoffman, SBN 071244
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Attorneys for Plaintiff Mitra N. Forouhar

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Achyut J. Phadke (SBN 261567)
(phadkea@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700
Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATOIL ASA,<br><br>　　　　Defendant. | Case No. 10-3623 (SBA)<br><br>**ORDER CONTINUING DEADLINES**<br><br>Judge: The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED AND IS SO ORDERED. All briefing, discovery, and case management deadlines in this case, including the Case Management Conference set for May 23, 2012, are continued. If the parties have not executed a settlement agreement and requested dismissal of this action by June 30, 2012, the parties are instructed to jointly inform the Court at that time as to the current status of settlement negotiations.

Dated: _5/17/12_____

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Achyut P. Phadke (SBN 261567)
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Specially Appearing Defendant Statoil ASA*

*/s/ Michael D. Seplow*
Paul L. Hoffman (SBN 071244)
Michael D. Seplow (SBN 150183)
Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP
723 Ocean Front Walk
Venice, California  90291
Telephone:    (310) 396-0731
Facsimile:    (310) 399-7040

*Attorneys for Plaintiff*

- 1 -

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623

- 2 -

1  I, Michael D. Seplow, am the ECF user whose ID and password are being used to file this
2  [Proposed] Order Continuing Deadlines Pending Negotiation of Settlement Agreement.  In compliance
3  with General Order No. 45, X.B., I hereby attest that Brendan P. Cullen has concurred in this filing.

*/s/ Michael D. Seplow*
Michael D. Seplow