Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Shawn Joe Lichaa (SBN 250902)
(lichaas@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Attorneys for Specially Appearing Defendant Statoil ASA

RECEIVED

JUN 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILE VIA FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATOIL ASA,<br><br>　　　　Defendant. | Case No. 10-3623 (SBA)<br><br>[PROPOSED] ORDER CONTINUING DEADLINES<br><br>Judge: The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623

The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED AND IS SO ORDERED. All briefing, discovery, and case management deadlines in this case are continued. If the parties have not executed a settlement agreement and requested dismissal of this action by August 15, 2012, the parties are instructed to jointly inform the Court at that time as to the status of settlement negotiations.

Dated: 7/6/12

*[signature]*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*[signature]*

Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Shawn Joe Lichaa (SBN 250902)
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Specially Appearing Defendant Statoil ASA*

*[signature]* Michael D. Seplow/bpc

Paul L. Hoffman (SBN 071244)
Michael D. Seplow (SBN 150183)
Schonbrun DeSimone Seplow Harris
Hoffman & Harrison LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Plaintiff*