1   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
2   Laura Kabler Oswell (SBN 241281)
    (kablerl@sullcrom.com)
3   Shawn Joe Lichaa (SBN 250902)
    (lichaas@sullcrom.com)
4   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
5   Palo Alto, California 94303
    Telephone:     (650) 461-5600
6   Facsimile:     (650) 461-5700

7   Attorneys for Specially Appearing Defendant Statoil ASA

8

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                        **OAKLAND DIVISION**

13

14   MITRA N. FOROUHAR,                    )   Case No. 10-3623 (SBA)
                                           )
15                    Plaintiff,           )
                                           )
16          v.                             )   **ORDER CONTINUING DEADLINES**
                                           )
17   STATOIL ASA,                          )   Judge:  The Hon. Saundra B. Armstrong
                                           )   Courtroom: 1
18                    Defendant.           )
                                           )
19                                         )
                                           )
20   _____)

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623

1    The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED

2  AND IS SO ORDERED.  All briefing, discovery, and case management deadlines in this case are

3  continued.  If the parties have not executed a settlement agreement and requested dismissal of this action

4  by October 1, 2012, the parties are instructed to jointly inform the Court at that time as to the status of

5  settlement negotiations.

6

7  Dated: _8/17/12_____

8                                    THE HONORABLE SAUNDRA B. ARMSTRONG
                                     UNITED STATES DISTRICT JUDGE

9  Respectfully submitted,

10  */s/ Brendan P. Cullen*
    Brendan P. Cullen (SBN 194057)
11  Laura Kabler Oswell (SBN 241281)
    Shawn Joe Lichaa (SBN 250902)
12  Sullivan & Cromwell LLP
    1870 Embarcadero Road
13  Palo Alto, California 94303
    Telephone:   (650) 461-5600
14  Facsimile:   (650) 461-5700

15  *Attorneys for Specially Appearing*
    *Defendant Statoil ASA*
16

17  */s/ Michael D. Seplow*
    Paul L. Hoffman (SBN 071244)
18  Michael D. Seplow (SBN 150183)
    Schonbrun DeSimone Seplow Harris
19  Hoffman & Harrison LLP
    723 Ocean Front Walk
20  Venice, California  90291
    Telephone:   (310) 396-0731
21  Facsimile:   (310) 399-7040

22  *Attorneys for Plaintiff*

23

24

25

26

27

28

- 1 -

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623

- 2 -

1        I, Shawn Joe Lichaa, am the ECF user whose ID and password are being used to file this

2  [Proposed] Order Continuing Deadlines.  In compliance with General Order No. 45, X.B., I hereby attest

3  that Michael D. Seplow and Brendan P. Cullen have concurred in this filing.

4

5                                      */s/ Shawn Joe Lichaa*
                                          Shawn Joe Lichaa

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 10-3623