Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Laura Kabler Oswell (SBN 241281)
(kablerl@sullcrom.com)
Shawn Joe Lichaa (SBN 250902)
(lichaas@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Attorneys for Specially Appearing Defendant Statoil ASA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MITRA N. FOROUHAR,<br><br>            Plaintiff,<br><br>    v.<br><br>STATOIL ASA,<br><br>            Defendant. | Case No. 10-3623 (SBA)<br><br>**ORDER CONTINUING DEADLINES**<br><br>Judge: The Hon. Saundra B. Armstrong<br>Courtroom: 1 |

The parties' Joint Status Report and Stipulation Continuing Deadlines IS APPROVED AND IS SO ORDERED. All briefing, discovery, and case management deadlines in this case are continued. If the parties have not executed a settlement agreement and requested dismissal of this action by October 1, 2012, the parties are instructed to jointly inform the Court at that time as to the status of settlement negotiations.

Dated: _8/17/12_____           *Saundra B. Armstrong*
                                                 THE HONORABLE SAUNDRA B. ARMSTRONG
                                                 UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Shawn Joe Lichaa (SBN 250902)
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Specially Appearing Defendant Statoil ASA*

*/s/ Michael D. Seplow*
Paul L. Hoffman (SBN 071244)
Michael D. Seplow (SBN 150183)
Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP
723 Ocean Front Walk
Venice, California 90291
Telephone:   (310) 396-0731
Facsimile:   (310) 399-7040

*Attorneys for Plaintiff*

1  I, Shawn Joe Lichaa, am the ECF user whose ID and password are being used to file this [Proposed] Order Continuing Deadlines.  In compliance with General Order No. 45, X.B., I hereby attest that Michael D. Seplow and Brendan P. Cullen have concurred in this filing.

*/s/ Shawn Joe Lichaa*
Shawn Joe Lichaa